# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

MARC FREEDMAN

## WARRANT FOR ARREST

CASE NUMBER: 00-6063

CR-FERGUSO

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___MARC FREEDMAN___   MAGISTRATE JUDGE
Name                                                                                       SNOW

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment   | | Information   | | Complaint   | | Order of court   | | Violation Notice   | | Probation Violation Petition

charging him or her with (brief description of offense) knowingly and willfully filing false income tax returns.

in violation of Title 26 United States Code, Section(s) 7206(1)

Clarence Maddox                                                        Court Administrator/Clerk of the Court
Name of Issuing Officer                                                Title of Issuing Officer

/s/ Jimmy Butler                                                       March 14, 2000 — FT. LAUDERDALE, FLORIDA
Signature of Issuing Officer                                           Date and Location

Bail fixed at $ 250,000 Corporate Surety           by   BARRY S. SELTZER
bond with Nebbia                                        UNITED STATES MAGISTRATE JUDGE
                                                        Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest



**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER:  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 _____

HEIGHT: _____  WEIGHT: ._____

SEX: _____  RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS:  IRS, 7771 W. OAKLAND PARK BLVD. SUNRISE, Fl. 33351

          S/A KARL VOELKER 954-725-1931