COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Marc Freedman (surrender)    CASE NO: 00-6063-CR-Ferguson
AUSA: Lynn Rosenthal *present*    ATTNY: Pete Aiken *present*
AGENT: ___    VIOL: 18:371, 26:7206
PROCEEDING: Initial Appearance    BOND REC: ___

FILED by ___ D.C.
MAR 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA FT. LAUD.

BOND HEARING HELD: (yes)/no    COUNSEL APPOINTED:
BOND SET @ $500,000 PSB
CO-SIGNATURES: Cousins: Diane Glass + Phyllis Zipperman by Tuesday
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms — surr guns to another by Monday
10) Curfew: ___
11) Travel extended to: SD/FL
12) ___ Halfway House ___
    ___ Electronic Monitoring ___

Reside at current address, no illegal drugs or excessive alcohol

√ — advised of charges
√ — sworn

(employee at work can have gun there)

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: appointed atty
PRELIM/ARRAIGN. OR REMOVAL: 3-22-00  11:00am  Snow
STATUS CONFERENCE:

DATE: 3-15-00    TIME: 11:00am  ends 12:15 pm    TAPE # 00-019/020  1891-3629    PG # 1  P4

00-020 i-620