## United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA
V.
MARC FREEDMAN

**WARRANT FOR ARREST**

CASE NUMBER: 00-6063

CR-FERGUSON

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ MARC FREEDMAN _____ MAGISTRATE JUDGE SNOW
Name

and bring him or her forthwith to the nearest magistrate to answer a(n):

|X| Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition

charging him or her with (brief description of offense) knowingly and willfully filing false income tax returns.

in violation of Title 26 United States Code, Section(s) 7206(1)

Clarence Maddox
Name of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

_Signature_ (Butler)
Signature of Issuing Officer

March 14, 2000 — FT. LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $ 250,000 Corporate Surety bond with Nebbia

by BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/14/2000 | James A. Tassone, US Marshal | |
| DATE OF ARREST 3/15/2000 | FOR: IRS | Fred Depompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest



**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY**

DEFENDANT'S NAME: _____
ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER:  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 _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS:  IRS, 7771 W. OAKLAND PARK BLVD. SUNRISE, Fl. 33351
_____ S/A KARL VOELKER 954-725-1931 _____