COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: MARC FREEDMAN (B)     CASE NO: 00-6063-CR-FERGUSON (S)
AUSA: LYNN ROSENTHAL     ATTY: PETE AIKEN
AGENT:     VIOL:
PROCEEDING ARRAIGNMENT     RECOMMENDED BOND
BOND HEARING HELD - yes/no Stip     COUNSEL APPOINTED
BOND SET @ 500,000 PSB

*FILED by D.C. MAR 22 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

SPECIAL CONDITIONS:
1) To be cosigned by: seven additional people
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to:

Cosignatures for 100,000 signed by defts cousins handed over in court.

Reading of indictment Waived
Not guilty plea entered
J__ __ demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:     INQUIRY RE COUNSEL:
PTD/BOND HRG:
PRELIM/ARRAIGN:
REMOVAL HRG:
STATUS CONF: 4-24 / 11 / BSS ✓

Date: 3/22/00    Time: 11:00    FTL/LSS TAPE #00- 016    Begin: 1113    End: 1310

re-call 1970

21