UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6063-CR-FERGUSON (S)

UNITED STATES OF AMERICA

vs

MARC FREEDMAN



ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MARCH 22, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:    Address: __ON BOND FORM__

Telephone: _____

DEFENSE COUNSEL:   Name: __PETE AIKEN, ESQ.__

Address: _____

Telephone: _____

BOND SET/CONTINUED:   $_____

Bond hearing held: yes____  no____  Bond hearing set for_____

Dated this __22ND__ day of __MARCH__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
Deputy Clerk

Tape No. 00- C16

cc: Copy for Judge
    U. S. Attorney

