UNITED STATES DISTRICT COURT
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

CASE NO: _OO-6063-cr-WDF_

STYLE: _USA - Freedman_

DATE: _3/22/00_

FILED by _TV_ D.C.
MAR 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The Chambers of the Honorable _Lurana Snow_ has received the attached document. After review, it has been determined that this document requires the following action by the Clerk's Office:

____ Docket this document as a motion for _____.

____ Docket this document as a response to the following motion: _____.

____ Docket this document as an answer _____.

____ Docket this document as _____.

____ Docket this as an information matter only and file on the left side of the file.

_X_ Other: _Designature pages to find._

Signed: _J. Britti_

Name: _____

Title: _____

23

CASE NO. 00-6063-CR-Ferguson

COUNTY OF Hartford )
)
STATE OF Connecticut )

    Being first duly sworn, I hereby state that I have been asked to sign a $ ~~50,000~~ $100,000 (One Hundred thousand Dollars) personal surety bond on behalf of Marc Freedman and I understand that if the above-named individual fails to appear at a court proceeding as directed by the court, I will be responsible for the payment of the above amount to the United States of America.

    Dated this 20 day of March, 2000.

_____
Name

5 Conifer Lane
_____
Address

Avon, CT 06001
_____

    Sworn to and subscribed before me this 20th day of March, 20 00.

_____
NOTARY PUBLIC

My Commission Expires:

October 31, 2004

Return form to:
Clerk, U. S. District Court
299 E. Broward Blvd., Rm 108
Ft. Lauderdale, FL 33301

CASE NO. 00-6063-CR
Ferguson

COUNTY OF           )
                    )
STATE OF            )

Being first duly sworn, I hereby state that I have been asked to sign a $ ~~500,000~~ $100,000.00 P.K. personal surety bond on behalf of **Marc Freedman** and I understand that if the above-named individual fails to appear at a court proceeding as directed by the court, I will be responsible for the payment of the above amount to the United States of America.

Dated this 20 day of MARCH, 2000.

_____
Name

20091 E. Country Club Drive
Address

Aventura, Fla. 33180

Sworn to and subscribed before me this 20th day of March, 20 00.

_____
NOTARY PUBLIC

My Commission Expires:



JOANNA WEDDERBURN
MY COMMISSION # CC 841996
EXPIRES: June 1, 2003
Bonded Thru Notary Public Underwriters

Return form to:
Clerk, U. S. District Court
299 E. Broward Blvd., Rm 108
Ft. Lauderdale, FL 33301

CASE NO. 00-6063-CR
                                              WDF (s)

COUNTY OF                )
                         )
STATE OF                 )

Being first duly sworn, I hereby state that I have been asked to sign a $ 500,000 personal surety bond on behalf of Marc Freedman and I understand that if the above-named individual fails to appear at a court proceeding as directed by the court, I will be responsible for the payment of the above amount to the United States of America.

Dated this 22 day of MARCH, 2000.

_Paul G Baker_
Name: PAUL G BAKER

Address: 11253 Rhapsody Rd

Cooper City FL 33026

Sworn to and subscribed before me this 22nd day of March, 2000.

_Lurana S. Snow_
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

CASE NO. 00-6063-CRWDF(s)

COUNTY OF            )
                     )
STATE OF             )

Being first duly sworn, I hereby state that I have been asked to sign a $ 500,000 personal surety bond on behalf of MARC FREEDMAN and I understand that if the above-named individual fails to appear at a court proceeding as directed by the court, I will be responsible for the payment of the above amount to the United States of America.

Dated this 22 day of March, 2000.

_____
Joseph V. Revella
Name

3754 Enchanted Circle
Address

Riviera, Florida 34951-4207

Sworn to and subscribed before me this 22nd day of March, 2000.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

CASE NO. *00-6063-CRWDF(S)*

COUNTY OF                    )
                             )
STATE OF                     )

Being first duly sworn, I hereby state that I have been asked to sign a $ *500,000* personal surety bond on behalf of *MARC FREEDMAN* and I understand that if the above-named individual fails to appear at a court proceeding as directed by the court, I will be responsible for the payment of the above amount to the United States of America.

Dated this *22* day of *MARCH*, *2000*.

_____
Name

_____
Address

_____

Sworn to and subscribed before me this *22nd* day of *March*, *2000*.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

CASE NO. 00-6063-CR WDF

COUNTY OF              )
                       )
STATE OF               )

      Being first duly sworn, I hereby state that I have been asked to sign a $ **500,000** personal surety bond on behalf of **MARC FREEMAN** and I understand that if the above-named individual fails to appear at a court proceeding as directed by the court, I will be responsible for the payment of the above amount to the United States of America.

      Dated this **22** day of **MARCH**, ~~19~~ **2000**

*Steve Kaplan*
Name

**5660 E Conch House Circle**
Address

**Boca Raton, Fl 33433**

      Sworn to and subscribed before me this **22nd** day of **March**, **2000**.

*Lurana S. Snow*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

CASE NO. 00-6063-CRWDF(s)

COUNTY OF         )
                  )
STATE OF          )

Being first duly sworn, I hereby state that I have been asked to sign a $ 500,000 personal surety bond on behalf of MARC FREEMAN and I understand that if the above-named individual fails to appear at a court proceeding as directed by the court, I will be responsible for the payment of the above amount to the United States of America.

Dated this 22 day of MARCH, 2000.

_____
Name  Paul M. Efron

4300 NW 35th St #145
_____
Address

Coconut Creek, FL 33066

Sworn to and subscribed before me this 22nd day of March, 2000.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

CASE NO. 00-6063-CRWDF(s)

COUNTY OF            )
                     )
STATE OF             )

Being first duly sworn, I hereby state that I have been asked to sign a $ 500,000 personal surety bond on behalf of MARC FREEDMAN and I understand that if the above-named individual fails to appear at a court proceeding as directed by the court, I will be responsible for the payment of the above amount to the United States of America.

Dated this 22 day of MARCH, 2000.

_Maureen Donadio_
Maureen Donadio
Name

6263 NE 19th Ave
Address

Ft Laud Fl 33308

Sworn to and subscribed before me this 22nd day of March, 2000.

_Lurana S. Snow_
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

CASE NO. 00-2063-CrUAF(s)

COUNTY OF                    )
                             )
STATE OF                     )

     Being first duly sworn, I hereby state that I have been asked to sign a $ 500,000 personal surety bond on behalf of MARC FREEDMAN and I understand that if the above-named individual fails to appear at a court proceeding as directed by the court, I will be responsible for the payment of the above amount to the United States of America.

     Dated this 22 day of MARCH, 2000

_____JAMES DAVIS_____
Name

_____4833 NE 23 AVE #2_____
Address

_____Fort Laud. FLA 33308___

     Sworn to and subscribed before me this 22 day of MARCH, 2000.

_____Lurana S. Snow_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE