NON-COMPLIANCE OF S.D. fla. L.R. 5.1(H)(1)

```
       UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF FLORIDA
```

UNITED STATES OF AMERICA

    Plaintiff,

v.

MARC FREEDMAN

    Defendant
_____/

CASE NO.: 00-6063-CR

JUDGE: FERGUSON

**NOTICE OF PERMANENT APPEARANCE OF COUNSEL OF RECORD**

COMES NOW PETER D. AIKEN, and files this his appearance as counsel of record for the above named defendant. Counsel agrees to represent the defendant through the trial of this cause in the United States District Court for the Southern District of Florida.

Counsel hereby states that this appearance as trial counsel is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Trial counsel acknowledges his responsibility to advise the defendant of his right to appeal and further acknowledges his responsibility to file a timely Notice of Appeal if requested to do so by the defendant. This Notice of Appearance is for purposes of trial only and does not include representation on appeal should an appeal be taken.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: March 27, 2000.

PETER D. AIKEN/ FBN:133253
Attorney for Defendant
1209 S.E. 3rd Avenue
Ft. Lauderdale, FL 33316
Telephone: (954) 462-4600
Telefax: (954) 462-0828



*[signature]*
Marc Freedman

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance has been furnished to Lynn Rosenthal, Assistant U.S. Attorney, 299 E. Broward Blvd., Ft. Lauderdale, Florida this 29th day of March, 2000.

*[signature]*
PETER D. AIKEN/ FBN:133253
Attorney for Defendant
1209 S.E. 3rd Avenue
Ft. Lauderdale, FL 33316
Telephone:   (954) 462-4600
Telefax:     (954) 462-0828