NON-COMPLIANCE OF S.D. fla. L.R. 5.1(A)(1)

FD BY _____ D
CO MAR 29 PM 3: 20
CLERK U.S. DIST. CT.
S.D. OF FLA. - FTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  00-6063-CR

JUDGE:  FERGUSON

UNITED STATES OF AMERICA

    Plaintiff,

v.

MARC FREEDMAN

    Defendant
_____/

**MOTION TO MODIFY TERMS
AND CONDITIONS OF
RELEASE**

COMES NOW the defendant, MARC FREEDMAN, by and through his undersigned attorney, and files this his Motion to Modify the Terms and Conditions of Release and states as follows:

1. Previously, this court released the defendant upon a recognizance bond in the amount of $500,000 conditioned upon the defendant's cousins' signing said bond.

2. The defendant's cousins, both of whom are elderly women were reluctant to sign a bond in the amount of $500,000. Each, however, agreed to execute a bond in the amount of $100,000. Those executed bonds have been filed with the court.

3. When the defendant appeared before U.S. Magistrate Lurana Snow, on March 22, 2000, the defendant brought with him seven additional long-time friends, each of whom executed the required $500,000 personal surety bond. Therefore, at this time, the defendant has personally executed the recognizance bond which is now, in effect, co-signed by seven close friends, each in the amount of $500,000, and two relatives in the amount of $100,000 each.

4. The government had no objection to this modification.

WHEREFORE, it is respectfully requested that this Honorable Court modify the

terms and conditions of the defendant's bond permitting him to use the guarantees of long-time personal friends as now filed with this court.

    I HEREBY CERTIFY a copy of the foregoing has been furnished to the Assistant U.S. Attorney, 299 East Broward Boulevard, Ft. Lauderdale, Fl 33301, this 28 day of March, 2000.

PETER D. AIKEN
Attorney for Defendant
1209 S.E. 3rd Avenue
Ft. Lauderdale, FL 33316
Telephone:  (954) 462-4600
Telefax:    (954) 462-0828
FBN:133253