UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff,

v.

MARC FREEDMAN

    Defendant
_____/

CASE NO.: 00-6063-CR

JUDGE: FERGUSON

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE FURTHER DEFENSIVE MOTIONS**

COMES NOW the Defendant, MARC FREEDMAN, by and through his undersigned attorney, and files this his Motion for Extension of Time Within Which to File Additional Defensive Motions and states as follows:

.    Although the parties have participated in a discovery conference, due to the large volume of discovery materials (22, 000 pages) and due to the fact that some of these are still in the copying process, it is respectfully requested that this Honorable Court extend the time for the filing of defensive motions in this cause. It is respectfully called to this court's attention that the trial in this cause is anticipated for the late summer-fall. The granting of an additional thirty days for the filing of defense's motion would prejudice none of the parties hereunder.

WHEREFORE, it is respectfully requested that this Honorable Court grant this Motion granting the Defendant an additional thirty days to file his defense Motions.

I HEREBY CERTIFY that a copy of the foregoing Motion has been furnished by U.S. Mail to Assistant United States Attorney, Lynn Rosenthal, 299 E. Broward Blvd., Ft. Lauderdale, Florida , and E. David Rosen, Attorney for Ian George Harris, 2400 South Dixie Highway, #105, Miami, Florida 33133, this 24 day of April, 2000.

_____
PETER D. AIKEN
Attorney for Defendant
1209 S.E. 3rd Avenue
Ft. Lauderdale, FL 33316
FBN: 133253
(954) 462-4600
(954) 462-0828