DEFT: Marc Freedman (no deft)     CASE NO: 00-6063-CR-Ferguson
AUSA: ✓ IAN HARRIS Lynn Rosenthal *present*     ATTNY: Pete Aiken *Baird Rosen standing in*
AGENT: _____     VIOL: _____
PROCEEDING: Status Conference     BOND REC: _____

BOND HEARING HELD - yes/no     COUNSEL APPOINTED: _____
___ BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

FILED by ___ D.C.
APR 24 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Discovery out
Calendar Call will
be set in fall
Pending motions
5 days to try

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: on both defts. 6-19-00 11:00am Snow
DATE: 4-24-00   TIME: 11:00am   TAPE # 00-031   PG # 2
751-907
35