UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6063-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

MARC FREEDMAN,

           Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on April 24, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order. The Government further represented that the discovery materials in this case are voluminous (28,000 documents) and that the parties are involved in ongoing discussions to facilitate the review and inspection of the documents. The Government anticipates that this matter will require at least five (5) days to try.

2. The defense has filed a motion for return of property.

3. The Court scheduled a second status conference in this matter for June 19,

1



2000.

DATED at Fort Lauderdale, Florida this ____ day of April 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable Wilkie D. Ferguson, Jr.
United States District Judge

Lynn Rosenthal, Esquire
Assistant United States Attorney

Peter Aiken, Esquire
1209 SE 3rd Avenue
Fort Lauderdale, Florida 33316-1905
Attorney for Defendant