UNITED STATES OF AMERICA,
        Plaintiff,

Vs.

MARC FREEDMAN and
IAN G. HARRIS,
        Defendants.
_____/

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6063-CR-FERGUSON

## ORDER GRANTING ORAL MOTION TO CONTINUE TRIAL

THIS CAUSE is before the Court on the above-mentioned motion filed, in open court, by the defendants', on April 17, 2000. The Court having considered the motions and advise of the government that it does not oppose such a motion. Therefore, it is

**ORDERED AND ADJUDGED** that the motions are **GRANTED**.

The trial is continued to the two-week period commencing **September 25, 2000, and Calendar Call is scheduled for 3:15 p.m. on Monday, September 18, 2000**, before the Honorable Wilkie D. Ferguson, Jr., United States District Judge, in Courtroom 207A, 2nd Floor, Federal Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

The Court finds that the interest of justice served by granting a continuance to allow counsel for the defendants reasonable time necessary for effective preparation for trial outweighs any interest of the public or the defendants in a speedy trial. The Court finds the period of delay from (4/17/00 to 9/25/00) excludable in calculating the period within which trial must commence under the Speedy Trial Act. See, 18 U.S.C. Section 3161 (h)(B)(iv).

**DONE AND ORDERED** at Fort Lauderdale, Florida this 25TH day of April 2000.

                WILKIE D. FERGUSON, JR.
                UNITED STATES DISTRICT JUDGE

Lynn Rosenthal, AUSA, Peter D. Kiken, Esq and E. David Rosen, Esq.

