NON-COMPLIANCE OF S.D. Fla. L.R.

COPIES NOT PROVIDED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                 CASE NO.: 00-6063-CR

Plaintiff,                                JUDGE:  FERGUSON

v.                                        **MOTION FOR RETURN OF
                                          RECORDS AND MOTION FOR**
MARC FREEDMAN                             **BILL OF PARTICULARS( Hearing)**

Defendant
_____/

COMES NOW the Defendant, MARC FREEDMAN, by and through his undersigned attorney, and files this his Motion for Return of Records and Motion for Bill of Particulars for a hearing date, and states as follows:

1. The Defendant, MARC FREEDMAN, has now pending before this Honorable Court, a Motion for Bill of Particulars, as well as a Motion for Return of Records.

2. Both of the foregoing motions need to be resolved as soon as possible to allow the Defendant an adequate opportunity to prepare a defense in this cause. The present status conference set in this case is for mid-June.

3. The Defendant respectfully requests that this Honorable Court call up for hearing the Defendant's Motion for a Bill of Particulars as well as the Defendant's Motion for Return of Records.

WHEREFORE, it is respectfully requested that this Honorable Court enter an order setting down a hearing date and time on the afore said motions.

PETER D. AIKEN/ FBN:133253
Attorney for Defendant
1209 S.E. 3rd Avenue
Ft. Lauderdale, FL 33316
Telephone:  (954) 462-4600
Telefax:    (954) 462-0828

## CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing Motion for Return of Property has been furnished by U.S. Mail to Assistant United States Attorney, Lynn Rosenthal, 299 E. Broward Blvd., Ft. Lauderdale, Florida , and E. David Rosen, Attorney for Ian George Harris, 2400 South Dixie Highway, #105, Miami, Florida 33133, this ___ day of May, 2000.

_____
PETER D. AIKEN