UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 00-6063-CR

Plaintiff,

JUDGE: FERGUSON

v.

MARC FREEDMAN

Defendant
_____/

**MOTION TO DISPENSE OF DRUG TESTING**

COMES NOW the Defendant, MARC FREEDMAN, by and through his undersigned attorney, and files this his Motion to Dispense of Drug Testing, and states as follows:

1. The Defendant, MARC FREEDMAN, is presently at liberty on a Recognizance Bond.

2. One of the special standard conditions in the Southern District of Florida is that the Defendant submit for drug testing.

3. The Defendant has, in fact, submitted for four (4) separate drug testing, all of which are negative.

4. The Defendant is a 21-year member of AA and NA and has neither a drug nor a drink in 21 years.

5. Undersigned counsel has conferred with Assistant U.S. Attorney, Lynn Rosenthal, who states that she does **not** oppose this motion.

WHEREFORE, it is respectfully requested that this Honorable Court enter an order dismissing the necessity of drug testing on the Defendant.



PETER D. AIKEN/ FBN:133253
Attorney for Defendant
1209 S.E. 3rd Avenue
Ft. Lauderdale, FL 33316
Telephone:    (954) 462-4600
Telefax:    (954) 462-0828

### CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing Motion for Return of Property has been furnished by U.S. Mail to Assistant United States Attorney, Lynn Rosenthal, 299 E. Broward Blvd., Ft. Lauderdale, Florida , and E. David Rosen, Attorney for Ian George Harris, 2400 South Dixie Highway, #105, Miami, Florida 33133, this ___ day of May, 2000.

*To dispose will Drug Thely*

PETER D. AIKEN