UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6063-CR-FERGUSON

UNITED STATES OF AMERICA,          :

    Plaintiff,                     :

v.                                 :

MARC FREEDMAN, et al.,             :

    Defendants.                    :

---

### NOTICE OF RECUSAL

The undersigned judge, to whom the above-styled cause has been assigned, hereby recuses herself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. 455 and Local Rule 3.6.

DATED at Fort Lauderdale, Florida, this 23 day of May, 2000.

LURANA S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to Magistrate Judge BARRY S. SELTZER.

Copies of this Notice shall be served on all pending parties of record by United States Mail.

By order of Court this 30 day of MAY 2000.

CLARENCE MADDOX
Clerk of Court

By: Deputy Clerk

Copies to:
Wilkie D. Ferguson, Jr., United States District Judge
Lurana S. Snow, Chief United States Magistrate Judge
Barry S. Seltzer, United States Magistrate Judge
Ms. Lucy Lara, Case Assignment Clerk
Peter Aiken, Esq.
E. David Rosen, Esq.
AUSA Lynn Rosenthal (FTL)