| | | | |
|---|---|---|---|
| DEFT: | Marc Freedman (no deft) | CASE NO: | 00-6063-CR-Ferguson |
| AUSA: | Lynn Rosenthal *present* | ATTNY: | Pete Aiken *present* |
| AGENT: | | VIOL: | |
| PROCEEDING: | Motions Hearing | BOND REC: | |

BOND HEARING HELD - yes/no     COUNSEL APPOINTED:

___ BOND SET @

CO-SIGNATURES:

FILED by _____ D.C.
JUN 1 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt. to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House ___ Electronic Monitoring

Mot. for return of property - Denied.

Mot. for Bill of Particulars - Denied

Govt to fax order to court

Δ has until July 5th for motions

Govt ready for trial
Trial - 6 to 7 days to try

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 6-16-00    TIME: 10:30am  ends 12:15pm    TAPE # 00-051    PG # 1702-3593