UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )   CASE NO.00-6063-CR-FERGUSON(s)
)
v. )
)
MARC FREEDMAN and )
IAN GEORGE HARRIS, )
)
Defendants. )
_____ )

## ORDER

This cause having come before the court upon Defendant Marc Freedman's Motion for Bill of Particulars and Motion for Return of Property, and after argument of counsel, review of the record and consideration of all issues, it is hereby:

ORDERED that the Motion for Bill of Particulars is DENIED; it is further

ORDERED that the Motion for Return of Property is DENIED, however, the United States is to provide the defense with access to original documents requested in the Motion, at a location designated by the government, upon adequate notice and during normal working hours.

DONE AND ORDERED in Fort Lauderdale, Florida, this 16th day of June 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE

copies to:

Lynn D. Rosenthal, AUSA
Peter Aiken, Esq.
E. David Rosen, Esq.

