UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 00-6063-CR |
| Plaintiff, ) | JUDGE: FERGUSON |
| v. ) | |
| MARC FREEDMAN, ) | **UNOPPOSED MOTION TO TRAVEL** |
| Defendant. ) | |
| _____/ | |

COMES NOW the Defendant, Marc Freedman by and through his undersigned attorney and files this his Unopposed Motion for Permission to Travel and states as follows:

1. The Defendant, Marc Freedman is charged in a multi-count indictment with various violations of the United States Internal Revenue Code.

2. The Defendant is presently at liberty on a personal surety bond.

3. The below signed counsel has personally conferred with Assistant United States Attorney, Lynn Rosenthal who states that she has **no objection** amending the terms and conditions of the Defendant's bond to permit unlimited travel within the continental United States. The Defendant will notify and provide Pre-Trial Servicses with the dates and locations of travel in advance.

4. The Defendant is presently scheduled to take a two day trip to Melbourne, Florida on July 10 and 11 and is also scheduled to attend an Alcoholics Anonymous Convention in Orlando, Florida on August 10 through 13.



WHEREFORE the Defendant prays for an Order of this Honorable Court amending the terms and conditions of the Defendant's bond permitting unlimited travel within the continental United States upon prior notice to Pre-Trail Services.

RESPECTFULLY SUBMITTED

PETER D. AIKEN, Attorney for and
on behalf of Marc Freedman
1209 SE 3rd Ave.
Ft. Lauderdale, FL 33316
(954) 462-4600
(945) 462-0828
FBN 133253

I HEREBY CERTIFY that a copy of the foregoing Order has been furnished by U.S. Mail to Assistant United States Attorney, Lynn Rosenthal, 299 E. Broward Blvd., Ft. Lauderdale, Florida 33394 this 5 day of July, 2000.

PETER D. AIKEN
1209 SE 3rd Avenue
Ft. Lauderdale, FL 33316
(954) 462-4600
(954) 462-0828
FBN 133253

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, )   CASE NO.:  00-6063-CR

    Plaintiff, )   JUDGE:   FERGUSON

v. )

                                **ORDER**

MARC FREEDMAN, )

    Defendant. )
_____/

THIS CAUSE having come before the court on the Motion of the Defendant to amend the terms and conditions of his Pre-Trial Release to permit unlimited travel within the continental United States and the Court having been advised that the Counsel for the Defendant has personally conferred with the Assistant United States Attorney, Lynn Rosenthal who states that she has no objection, it is hereby

ORDERED AND ADJUDGED that the terms and conditions of the Defendant's bond are hereby amended and the Defendant is allowed unlimited travel within the continental United States subject to the Defendant providing to Pre-Trial Services Officer in advance the dates and locations of said travel.

                                            _____
                                            BARRY SELTZER
                                            United States Magistrate

Copies:  Peter D. Aiken, Esq.
             Lynn Rosenthal, AUSA