UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, )    CASE NO.:  00-6063-CR

    Plaintiff,    )    JUDGE:    FERGUSON

v.    )

    **ORDER**

MARC FREEDMAN,    )

    Defendant.    )
_____/



FILED by _____ D.C.

JUL 1 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS CAUSE having come before the court on the Motion of the Defendant to amend the terms and conditions of his Pre-Trial Release to permit unlimited travel within the continental United States and the Court having been advised that the Counsel for the Defendant has personally conferred with the Assistant United States Attorney, Lynn Rosenthal who states that she has no objection, it is hereby

ORDERED AND ADJUDGED that the terms and conditions of the Defendant's bond are hereby amended and the Defendant is allowed unlimited travel within the continental United States subject to the Defendant providing to Pre-Trial Services Officer in advance the dates and locations of said travel.

BARRY SELTZER - 7/17/0
United States Magistrate

Copies:  Peter D. Aiken, Esq.
        Lynn Rosenthal, AUSA