UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO.00-6063-CR-FERGUSON(s) |
| ) | |
| v. ) | |
| ) | |
| MARC FREEDMAN and ) | |
| IAN GEORGE HARRIS, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO CONTINUE

The United States of America moves this Court for a continuance of the trial in this cause and as grounds therefore would state:

On August 25, 2000, the undersigned received notice that she received a one-year detail to the Sentencing Commission. That detail is set to begin September 5, 2000. The case is scheduled for calendar call for September 18, 2000.

Insofar as this case is a complicated tax fraud scheme, it will take a new assistant United States Attorney time to come up to speed.



Wherefor, the United States moves this Court to continue the trial.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *[signature]*

LYNN D. ROSENTHAL
ASSISTANT U. S. ATTORNEY
Florida Bar No. 343226
500 East Broward Boulevard
Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by United States mail this 31st day of August, 2000 to: Peter Aiken, 1209 Southeast Third Ave., Fort Lauderdale, Florida 33316

*[signature]*
Lynn D. Rosenthal
Assistant United States Attorney

2