JHK:sr

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6063-CR-FERGUSON

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : |
| V. | : |
| MARC FREEDMAN, | : |
| DEFENDANT. | : |

### GOVERNMENT'S MOTION TO CONTINUE TRIAL

COMES NOW the United States of America, by and through the undersigned counsel and respectfully files this Motion to Continue the Trial in this matter now set for September 18, 2000, and states as follows:

1. On Thursday evening, August 30, 2000, the trial of this matter was transferred to the undersigned AUSA.

2. The file reflects this has been a 2 ½ year tax investigation by the IRS/CID for tax fraud of the defendant Freedman for tax years 1992, 1993, 1995 and 1995.

3. Co-defendant Harris has died and the case agent has been requested to obtain a death certificate for the Government to dismiss Counts 8, 9, and 10 of the Indictment.

4. On August 30 and September 1, 2000, undersigned counsel for the Government spoke with defense counsel Peter Aiken about several issues on the case.



  A. the Government advised defense counsel it was going to seek a continuance to get familiar with the tax case and defense counsel advised he had no objection to a continuance.

  B. the Government advised it would look into the defense arguments about the prosecution theory and evidence of the case against Freedman.

  C. Both counsel agreed to sit down in the future to discuss the case once undersigned counsel was in a position to review all the documentation and evidence.

WHEREFORE, undersigned counsel for the Government respectfully requests a continuance of this matter from September 18, 2000 to the first week in November, 2000. Undersigned counsel represents to this court that he has other obligations between now and November 1, 2000 that have been previously scheduled prior to this case being assigned to him. Additionally, it will take some time to learn this case and prepare it for trial in the proper form.

The Court respectfully seeks this continuance in good faith.

          Respectfully submitted,

          GUY A. LEWIS
          UNITED STATES ATTORNEY

By: _____
          JEFFREY H. KAY
          ASSISTANT U.S. ATTORNEY
          FLA BAR NO. 208035
          500 E. Broward Blvd. 7th Flr
          Ft. Lauderdale, Fl 33394
          (954) 356-7255/(954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy was mailed on this ___ day of September, 2000 to Peter Aiken, Esquire.

JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY