SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6063-cr-WDF

DEFENDANT Marc Freedman

JUDGE    WILKIE D. FERGUSON

Deputy Clerk    TROY T. WALKER

DATE September 27, 2000

Court Reporter    Paul Haferling

USPO _____

AUSA Jeff Kay

Deft's Counsel Pete Aiken, Esq

COUNTS DISMISSED    All Others

_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

FILED by _____ D.C.
SEP 28 2000

_____ Sentencing cont'd until ___/___/___ at _____ AM / PM

### JUDGMENT AND SENTENCE

Imprisonment    Years    Months    Counts

Supervised Release _____

Probation    Years 3    Months ___    Counts 5

Comments    (See J &amp; C for details)

Assessment $ 100.00

Fine $ 10,000.—

Restitution /Other _____

### CUSTODY
_____ Remanded to the Custody of the U. S. Marshal Service    _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/___/___

Commitment Recommendation: _____

55