UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 00-6063-CR-FERGUSON |
| ) | |
| v. ) | |
| ) | |
| MARC FREEDMAN ) | **AGREED MOTION TO MODIFY** |
| ) | **TERMS AND CONDITIONS OF** |
| ) | **PROBATION** |
| Defendants. ) | |
| _____ ) | |

The Defendant, Marc Freedman by and through his undersigned attorney with the agreement of Assistant United States Attorney, Jeffrey Kay files this his Motion to Modify the Terms and Conditions of Probation and states as follows:

1. On September 27, 2000 the Defendant Marc Freedman plead guilty to one count of Filing a False Tax Return for the year 1995.

2. For the past 20 years, the Defendant has been engaged in the wholesale jewelry business. In addition to maintaining an establishment in Fort Lauderdale, that business requires the Defendant to travel within the continental United States often on short notice for the purposes of purchasing and selling jewelry.

3. During the pendency of this proceeding the Defendant has been permitted unlimited travel within the continental United States upon agreement of the United States Attorney and upon order of the United States Magistrate. The Defendant respectfully requests that this Honorable Court modify the terms of the Defendant's probation to permit him to continue to travel within the



continental United States subject only to notifying the Defendant's Probation Officer of the dates of travel.

4. During the pendency of this proceeding, the Defendant surrendered from his possession all firearms. By virtue of the Defendant's occupation (wholesale jewelry), an occupation with a high risk of armed robbery, the United States Magistrate permitted a firearm to be possessed on the Defendant's business premises as long as said firearm was not in the direct possession of the Defendant but rather in the possession of an employee. The Defendant has suffered robberies on prior occasions. It is respectfully requested that this Court continue the Magistrates order permitting a firearm to be possessed on the business premises on the Defendant, by employees other than the Defendant.

5. The Defendant has been an active member of the Alcoholics Anonymous and Narcotics Anonymous for 21 years. The Defendant has been drug and alcohol free during that entire period. In addition to being an active member of Alcoholics and Narcotics Anonymous, the Defendant has served as a sponsor and otherwise encouraged other individuals with a chemical dependency to join and live a drug and alcohol free life. In this regard, the Defendant has conducted meetings in local jail facilities and as a "sponsor" in all respects has been a contributing member of society encouraging others to lead a drug and alcohol free life.

6. Under the terms and conditions of the Defendant's probation, particularly paragraph 9, the Defendant is prohibited from associating with any person convicted of felony. To the extent that a substantial number of the members of both Alcoholics Anonymous and Narcotics Anonymous are recovering addicts who have suffered felony convictions, a strict interpretation of Paragraph 9 would preclude the Defendant from continuing as a member of Alcoholic and Narcotics Anonymous and continuing to sponsor and encourage others to lead a drug and alcohol free life.

7. The Defendant's association with other members of Alcoholics and Narcotics Anonymous in no way poses a threat of recidivism but the contrary allows the Defendant to perform valuable community service and fulfill the mission and purpose of Alcoholics Anonymous. It is respectfully requested that this Court modify the terms and conditions of the Defendant's probation to permit the Defendant to attend and participate in meetings at both Alcoholics Anonymous and Narcotics Anonymous and to the extent that his duties are necessary as a "sponsor", to meet with and counsel and advise other members of Alcoholics and Narcotics Anonymous, even if said individuals have prior convictions.

8. The contents of this motion have been provided to Assistant United States Attorney, Jeff Kay for his review. The below signed counsel has conferred with Assistant United States Jeffrey Kay who states that he has no objection to the granting of this motion.

RESPECTFULLY SUBMITTED

PETER D. AIKEN, ESQ.
1209 SE 6th Street
Ft. Lauderdale, FL 33316
Telephone: 954-462-4600
Telefax: 954-462-0828
FBI: 133253

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by United States mail this 29 day of Sept, 2000 to Jeffrey Kay, Assistant United States Attorney, 500 E. Broward Blvd., Floor 7, Ft. Lauderdale, Florida 33394.

PETER D. AIKEN, ESQ.
1209 SE 3rd Avenue
Ft. Lauderdale, FL 33316
954-462-4600
954-462-0828
FBN: 133253