AO 245B (Rev. 8/96, Sheet 1 - Judgment in a Criminal Case

# United States District Court

## Southern District of Florida

UNITED STATES OF AMERICA

v.

**MARC FREEDMAN, (J)**

### JUDGMENT IN A CRIMINAL CASE

(For Offenses Committed On or After November 1, 1987)

Case Number: **0:00CR06063-001**

Jeff Kay, AUSA / Pete Aiken, Esq

Defendant's Attorney

FILED by _____ D.C.

OCT 2 2000

CLERK OF MAGON
...........

### THE DEFENDANT:

- ☒ pleaded guilty to count(s)   **Five (5) of the Indictment**
- ☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
- ☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 26 U.S.C. § 7206 (1) | Subscribing to a tax return which is not true as to a material matter. | 08/31/1995 | 5 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- ☒ The defendant has been found not guilty on count(s)   N/A
- ☒ Count(s)   **All Others**   are  dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: | 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 |
| Defendant's Date of Birth: | 03/23/1949 |
| Defendant's USM No.: | 55239-004 |

Defendant's Residence Address:

**2632 N.E. 35th Drive**

**Fort Lauderdale**     FL     33308

Defendant's Mailing Address:

**2632 N.E. 35th Drive**

**Fort Lauderdale**     FL     33308

09/27/2000

Date of Imposition of Judgment

Signature of Judicial Officer

**WILKIE D. FERGUSON, JR.,**

**UNITED STATES DISTRICT JUDGE**

Name & Title of Judicial Officer

9/29/00

Date

No further action required by
the U.S. Marshals Service.

*James A Tassone*

UNITED STATES MARSHAL

*Fd. Purchase* SDUSM