UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 00-6063-CR-FERGUSON |
| ) | |
| v.    ) | JUDGE: WILKIE D. FERGUSON |
| ) | |
| MARC FREEDMAN    ) | |
| ) | **ORDER** |
| ) | |
| Defendants.    ) | |
| _____ ) | |

This matter having come before the Court upon the motion of the Defendant to Modify the Terms and Conditions of Probation, the Court having reviewed said motion and having been advised that the United States of America has no objection to the granting thereof does hereby order that the Defendant's probation is modified as follows:

1.  The Defendant shall be permitted unlimited travel within the continental United States subject only to notification of the Defendant's probation officer within 24 hours of anticipated departure.

2. The Defendant shall not possess a firearm. This prohibition shall not apply to the lawful possession of a firearm on the business premises of Pearl Jewelers, Inc. by employees other than the Defendant, Marc Freedman.

3. The Defendant shall be permitted to continue his community service work in both Alcoholics Anonymous and Narcotics Anonymous and shall be permitted to attend meetings thereof. To the extent that the Defendant's duties as a sponsor in both Alcoholics Anonymous and Narcotics Anonymous require him to meet with, counsel, and advise other members such contact shall not be deemed to be unlawful association with felons.



DONE AND ORDERED this 29TH day of May, 2001.

WILKIE D. FERGUSON
United States District Judge

CC: Peter D. Aiken
Jeffrey Kay, AUSA