# UNITED STATES DISTRICT COURT
### for
### SOUTHERN DISTRICT OF FLORIDA

**Report on Offender Under Supervision**

Name of Offender: **Marc Freedman**      Case Number: 00-6063-CR-FERGUSON

Name of Sentencing Judicial Officer:  The Honorable Wilkie D. Ferguson, Jr., Judge
                                      U.S. District Court, Ft. Lauderdale

Date of Original Sentence:   September 27, 2000

Original Offense:  Subscribing to a Tax Return which is not true as to a Material Matter in violation of Title 26 U.S.C. §7206, a Class 'E' felony.

Original Sentence: Three (3) years probation. The defendant is to pay all back taxes for the years 1992, 1993, 1994 and 1995. Special conditions imposed: $100 assessment fee and a $10,000 fine. Modified: 5/29/01 to include unlimited travel within the continental U.S. subject to 24 hour notification to the U.S. Probation Officer.

Type of Supervision: Probation    Date Supervision Commenced: September 27, 2000

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number**    **Nature of Noncompliance**

1.    **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On or about January 30, 2001, the probationer submitted a urine specimen which tested positive for the presence of opiates in our local laboratory; and was subsequently confirmed positive by Pharm Chem Laboratories, Incorporated.

2.    **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On or about February 5, 2001, the probationer submitted a urine specimen which tested positive for the presence of opiates in our local laboratory; and was subsequently confirmed positive by Pharm Chem Laboratories, Incorporated.



PROB 12A  
(SD/FL 9/96)  
SD/FL PACTS No. 63155  
Report on Offender Under Supervision  
Page 2

Name of Offender: Marc Freedman   Case Number: 00-6063-Cr-Ferguson

## U.S. Probation Officer Action:

Mr. Freedman indicated the test resulted positive after he consumed poppy seed bagels and produced an internet report which stated a urinalysis could yield positive results following the consumption of poppy seed bagels. Mr. Freedman was instructed to cease eating said poppy seed bagels for the duration of his probation to avoid any future positive results. He has been tested on four separate occasions since February 5, 2001. All subsequent tests have yielded negative results. Mr. Freedman will continue to be closely monitored.

Respectfully submitted,

by  
Viviana Bibliowicz  
U.S. Probation Officer  
Phone: (954) 769-5514  
Date: September 20, 2001

Reviewed by: _____  
Carolyn Gamble, Supervising  
U.S. Probation Officer

---

[X] Concur with action(s) taken by the U.S. Probation Officer  
[ ] Submit a Request for Modifying the Conditions or Term of Supervision  
[ ] Submit a Request for _ Warrant or _ Summons

_____  
Signature of Judicial Officer

Sept. 26, 2001  
_____  
Date