

FILED by _____ D.C.
NOV 28 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 00-6063-CR-FERGUSON(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARC FREEDMAN and
IAN GEORGE HARRIS,

    Defendants.

_____/



It is ORDERED that this Motion is hereby DENIED WITHOUT PREJUDICE TO RENEW AFTER 9/29/02.

WILKIE D. FERGUSON, JR.
11/28/01
DATE



## MOTION FOR EARLY TERMINATION OF PROBATION

THE DEFENDANT, MARC FREEDMAN, in this cause pled guilty to a violation of Title 26, United States Code, Section 7206(1), that being the making and subscribing to a false tax return for the calendar year 1994. The Defendant was sentenced to a three (3) year period of probation, with a special condition that the Defendant pay all back taxes for the years 1992, 1993, 1994, and 1995. In addition thereto, the Defendant was also fined the sum of $10,000.00 as well as a special assessment in the amount of $100.00.

The Defendant has in fact paid the fine in the amount of $10,000.00; the special assessment in the amount of $100.00; and, has successfully resolved all of the outstanding tax liability for the calendar years 1992, 1993, 1994, and 1995. In fact, the Defendant has paid to the Internal Revenue Service ("IRS") in excess of $73,000.00 and has resolved all issues concerning his outstanding tax liability.

During the period of the Defendant's probation, he has timely met with his probation officer and filed all required forms and responded to all questions and inquiries. The Defendant is a local

