UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 00-6063-CR-FERGUSON(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARC FREEDMAN and
IAN GEORGE HARRIS,

    Defendants.
_____/



### RE-NEWEL MOTION FOR EARLY TERMINATION OF PROBATION

This is a Re-newel Motion for Early Termination of Probation. This Court, in denying the Defendant' prior Motion for Early Termination (filed and ruled upon back in November 2001) suggested that the issue be revisited in September of 2002. The Defendant, now having successfully completed an additional ten months, pursuant to suggestion of the Court, renews said motion.

THE DEFENDANT, MARC FREEDMAN, in this cause pled guilty to a violation of Title 26, United States Code, Section 7206(1), that being the making and subscribing to a false tax return for the calendar year 1994. The Defendant was sentenced to a three (3) year period of probation, with a special condition that the Defendant pay all back taxes for the years 1992, 1993, 1994, and 1995. In addition thereto, the Defendant was also fined the sum of $10,000.00 as well as a special assessment in the amount of $100.00.

The Defendant has in fact paid the fine in the amount of $10,000.00; the special assessment in the amount of $100.00; and, has successfully resolved all of the outstanding tax liability for the calendar years 1992, 1993, 1994, and 1995. In fact, the Defendant has paid to the Internal Revenue

NON-COMPLIANCE OF S.D. fla. L.R.5/.A2S 7.1A.H

65

Service ("IRS") in excess of $73,000.00 and has resolved all issues concerning his outstanding tax liability.

During the period of the Defendant's probation, he has timely met with his probation officer and filed all required forms and responded to all questions and inquiries. The Defendant is a local businessman, operating Pearl's Jewelers and poses no threat to society whatsoever.

WHEREFORE in light of the Defendant's successful and early resolution of his tax liability, and in light of the fact that the Defendant has paid all fines and special assessments, it is respectfully requested that this Honorable Court consider the Defendant for early termination of probation.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the above and foregoing was sent via U.S. Mail to Assistant United States Attorney Jeffrey Kay, 500 East Broward Blvd., 7th Floor, Fort Lauderdale, FL 33394, and to Probation Officer Albert Torres, 299 East Broward Blvd., Suite 409, Fort Lauderdale, FL 33301 this __15th__ of October, 2002.

PETER D. AIKEN
Attorney for Defendant
1209 S.E. Third Avenue
Ft. Lauderdale, FL 33316
Telephone:   (954) 462-4600
Facsimile:   (954) 462-0828
FBN:   133253

C:\Clients\A to Z Closed Files\FREEDMAN\Pleadings\M-Early Term.01