JHK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6063-CR-FERGUSON

UNITED STATES OF AMERICA,       :

        PLAINTIFF,        :

v.                              :

MARC FREEDMAN,                  :

        DEFENDANT.        :
_____



## GOVERNMENT'S RESPONSE TO DEFENDANTS' RENEWED MOTION FOR EARLY TERMINATION OF PROBATION

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney and files this Response to Defendants October 2002 Motion for Termination of Probation.

Based on the defendants motion the defendant has complied with the conditions of his probation by paying the Special Assessment, his fine, and settling his Civil IRS matters.

Unless the Probation Officer has an objection to this defendants termination the

Government has no objection to the Court terminating the probation at this time.

                                 Respectfully submitted,

                                 MARCOS DANIEL JIMENEZ
                                 UNITED STATES ATTORNEY

By:                 _____
                                 JEFFREY H. KAY
                                 ASSISTANT U.S. ATTORNEY
                                 FLA BAR NO 208035
                                 500 E. BROWARD BLVD. 7TH FLR
                                 FT. LAUDERDALE, FL 33394
                                 (954) 356-7255/(954)356-7336

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed on this ___ day of January, 2003 to Peter Aiken, Esq., 1209 S.E. Third Ave. Ft. Lauderdale, Fl 33316 and to Probation Officer Albert Torres, 299 E. Broward Blvd., Ft. Lauderdale, Fl 33301.

_____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY