UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
      Plaintiff,

Case No. 00-6063-CR-FERGUSON

Vs.

MARC FREEDMAN
      Defendant.
_____/

### ORDER ON MOTION FOR TERMINATION OF PROBATION

**THIS CAUSE** is before the Court on defendant's Motion for Termination of Probation [D.E. 63]. Upon consideration of said motion and being otherwise duly advised in the premises, it is hereupon

**ORDERED AND ADJUDGED** that the motion be and the same is hereby _GRANTED_.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 10th day of ~~January~~ February, 2003

                              WILKIE D. FERGUSON, JR.,
                              UNITED STATES DISTRICT JUDGE

c:
 Jeffrey Kay, AUSA
 Peter Aiken, Esq.,
 U.S. Probation

